Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
E-Mail: mrounds@watsonrounds.com
E-Mail: ayowell@watsonrounds.com

*Attorneys for Plaintiff KE Investments, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KE INVESTMENTS, LLC, a Nevada limited liability company, <br><br>   Plaintiff, <br><br> v. <br><br> LOWE'S COMPANIES, INC., a North Carolina corporation; and LG SOURCING, INC., a North Carolina corporation; LOWE'S HIW, INC., a Washington corporation, <br><br>   Defendants. <br> _____/ | Civil Action No. 2:10-cv-02048 <br><br> **VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff KE INVESTMENTS, LLC hereby dismisses the above-entitled action without prejudice.

Dated: March 23, 2011.    /s/ Michael D. Rounds
                          Michael D. Rounds (NV Bar No. 4734)
                          Adam K. Yowell (NV Bar No. 11748)
                          Watson Rounds
                          5371 Kietzke Lane
                          Reno, Nevada 89511
                          Tel: (775) 324-4100
                          Fax: (775) 333-8171

                          *Attorneys for Plaintiff KE Investments, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Watson Rounds, and that on this date, a copy of the foregoing **VOLUNTARY DISMISSAL** has been served upon defendants' counsel via electronic mail.

Dated:  March 23, 2011         By:    /s/ Robert Hunter_____
                                      An Employee of Watson Rounds

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated:  March 23, 2011.

-2-